UNITED STATES DISTRICT COURT
COLUMBIA DISTRICT

Anthony Brian Mallgren
    petitioner

Case: 1:25−cv−02951
Assigned To : Unassigned
Assign. Date : 8/30/2025
Description: Pro Se Gen. Civ. (F−DECK)

UNITED STATES
PERSONS (besides me) WITH NATURALLY OCCURRING FEMALE REPRODUCTIVE ORGAN
    case isolated individual respondents

COMPLAINT

JURISDICTION
Nationwide jurisdiction by means of proxying through the Supreme Court after finding that the lower courts have been attempting to obstruct justice by illegal means.

PARTIES
All relevant parties should be discoverable and serviceable if all previous motions had been properly heard and processed.

INFORMATION
1. It is believed that all respondent constitutionalized persons in this case are acting anticompetitively and destructively.

RELIEF
2. Time in making a decision whom is the greater party.

*Anthony Brian Mallgren*



RECEIVED
AUG 30 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia